Peter Strojnik,
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik,<br><br>                                   Plaintiff,<br><br>       vs.<br><br>Napa Discovery Inn LLC, dba Napa Discovery Inn,<br><br>                                   Defendant. | Case No: 3:20-CV-01051-JCS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff voluntarily dismissed the above cause **with prejudice.**

RESPECTFULLY SUBMITTED this 14th day of March, 2020.

**PETER STROJNIK**

_____
Plaintiff